IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>CHARLES LIEBER,<br><br>Defendant. | Case No. 20-mj-2158-MBB |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the criminal complaint, supporting affidavit and arrest warrant be unsealed. In support of this motion, the government states that the defendant was arrested on January 28, 2020, and that there is no further reason to keep the complaint and arrest warrant secret.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/ Jason A. Casey*
        Jason A. Casey
        Benjamin Tolkoff
        Assistant U.S. Attorneys

        Date:  January 28, 2020