**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
UNITED STATES OF AMERICA    )     Case No. 20-mj-2158-MBB
                                                    )
         v.                                        )
                                                    )
CHARLES LIEBER,                      )
                                                    )
         Defendant.                         )
                                                    )
_____)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for the defendant Charles Lieber in the above-entitled case.

/s/ Peter E. Gelhaar
Peter E. Gelhaar (BBO# 188310)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
peg@dcglaw.com

Dated: January 29, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2020.

/s/ *Peter E. Gelhaar*
Peter E. Gelhaar