AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Charles Lieber

**APPEARANCE**

Case Number: 1:20-mj-02158-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Charles Lieber.

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☑ Retained
☐ Pro Bono

| | |
|---|---|
| 5/21/2020 | Torrey Young *(Digitally signed by Torrey Young, Date: 2020.05.21 17:07:30 -04'00')* |
| Date | Signature |
| | Torrey K. Young — 682550 |
| | Print Name — Bar Number |
| | Mukasey Frenchman & Sklaroff LLP, 140 East 45th Street, 17th Floor |
| | Address |
| | New York    NY    10017 |
| | City    State    Zip Code |
| | (212) 466-6400 |
| | Phone Number    Fax Number |

## **CERTIFICATE OF SERVICE**

    I, Torrey K. Young, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 21, 2020.

                                                /s/ Torrey K. Young
                                                Torrey K. Young